UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 20-09923-JGB (AS) | Date | February 1, 2021 |
|---|---|---|---|
| Title | *Alexandra M. Arambula v. County of Los Angeles, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On November 24, 2020, the Court issued an Order dismissing the Complaint in this action <u>with leave to amend</u> and directed Plaintiff to file a First Amended Complaint no later than thirty days, or December 24, 2020, if he still wished to pursue this action. (Dkt. No. 6). Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders. <u>See</u> Fed. R. Civ. P. 41(b)." <u>Id.</u>, at 10.

To date, Plaintiff has failed to file a First Amended Complaint or seek additional time to do. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than March 1, 2021**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that complies with the Court's previous orders or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint. A copy of the Court's November 24, 2020 Order, (Dkt No. 6), is attached for Plaintiff's convenience.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 20-09923-JGB (AS) | Date | February 1, 2021 |
|---|---|---|---|
| Title | *Alexandra M. Arambula v. County of Los Angeles, et. al.,* | | |

<u>Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

IT IS SO ORDERED.

cc: Jesus G. Bernal, United States District Judge

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |